# VERIFICATION

I, _Fred J Wennberg Sr_ hereby submit this verification of the attached complaint and being duly sworn affirm that;

1. My name is _Fred J Wennberg Jr_ and I am over 18 years of age.
2. I was hired to work on the M/Y UTOPIA IV as seaman/crewmember and this Verification is made in this capacity.
3. I am familiar with the M/Y UTOPIA IV and the services that I provided to the Vessel as a seaman/crewmember.
4. I have read the attached "Verified Complaint of "Fred Wennberg" (the "Fred Wennberg Complaint").
5. I affirm the facts alleged in the Fred Wennberg Complaint are true and correct based on my personal knowledge and upon information and belief.

UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, I DECLARE THAT I HAVE READ THE FOREGOING AND THE FACTS ALLEGED THEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed this _20_ day of December, 2022 at _Ft Lauderdale_(city), _Florida_ (state).

Signature: _____

Print Name: Fred Wennberg

Position: Chief Engineer