UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23847-CIV-SCOLA/GOODMAN

ERIC WARD,

    Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829,
MMSI No.339328000, her engines, tackle,
gear, appurtenances, etc., *in rem*,
UTOPIA YACHTING LLC, *in personam*,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, UTOPIA YACHTING LLC and the M/Y UTOPIA IV, by and through their undersigned counsel, hereby file this their Unopposed Motion for Extension of Time to File its Response to the Plaintiff's Complaint [DE 1] until and including January 6, 2023, and state as follows:

1. On November 22, 2022, the Plaintiff filed its Verified Seaman's Complaint against the Defendants, UTOPIA YACHTING LLC and the M/Y UTOPIA IV. *See* [DE 1]

2. On or about December 5, 2022, the Plaintiff's Verified Complaint [DE 1] and Summons [DE 3] were served on the undersigned counsel for the Defendants. *See* [DE 6].

3. The Defendants' Response to the Plaintiff's Verified Complaint is currently due on or before December 27, 2022.

4. However, due to unavailability of the undersigned and the Defendants' representatives over the holidays, the undersigned counsel does not foresee being able to timely comply with this deadline.

5. Accordingly, the undersigned respectfully requests a brief extension of time to file Defendants' Response to the Plaintiff's Verified Complaint until and including January 6, 2023.

6. The undersigned counsel has consulted with counsel for the Plaintiff, Kavan Vartak, Esq., who has agreed to the extension until and including January 6, 2023 and consented to the filing of this Motion.

Dated this 22nd day of December 2022.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 22, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

MOORE & COMPANY, P.A.
Kavan Vartak, Esq.
Michael T. Moore, Esq.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: kvartak@moore-and-co.com
Email: michael@moore-and-co.com
**Attorneys for Plaintiff Eric Ward**

Campbell Johnston Clark, LLP
2600 Douglas Road
Suite 508

Coral Gables, FL 33134
Tel. : 786-204-3784
Email: neil@cjclaw.com
Email: chase@cjclaw.com
Email: cindy@cjclaw.com
Email : nadia@cjclaw.com

By:  \_\_\_\_/s/   Neil   Bayer_____
     Neil Bayer, Esq.
     Fla. Bar No.: 615684

     Chase Alexandra Jansson, Esq.
     Fla. Bar No.: 1002265