United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Eric Ward, Plaintiff, <br><br> v. <br><br> M/Y Utopia IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *n rem*, and Utopia Yachting, LLC, *in personam*, Defendants. | Civil Action No. 22-23847-Civ-Scola |

### Order

    This matter is before the Court upon motions to intervene by Intervening Plaintiffs Gordon Brown and Fred Wennberg. (ECF Nos. 8, 9.) No party has responded in opposition to the motions, and the time to do so has passed. The Court, having reviewed the briefing, the record, and the relevant legal authorities, **grants** the motions. (**ECF Nos. 8, 9**.)

    Intervening Plaintiffs Brown and Wennberg are permitted to intervene in this action, consistent with Federal Rule of Civil Procedure 24. The Intervening Plaintiffs are authorized to file the proposed Verified Intervening Complaints attached to their motions. (ECF Nos. 8-1, 9-1.) The Intervening Plaintiffs must file their complaints in this matter as separate docket entries no later than **January 9, 2023**.

    **Done and ordered** in Miami, Florida, on January 5, 2023.

                                                     Robert N. Scola, Jr.
                                                     United States District Judge