UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23847-CIV-SCOLA/GOODMAN

ERIC WARD,

    Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829,
MMSI No.339328000, her engines, tackle,
gear, appurtenances, etc., *in rem*,
UTOPIA YACHTING LLC, *in personam*,

    Defendants.
_____/

**DEFENDANTS' MOTION TO SET ASIDE ORDER [DE 12]
GRANTING MOTION TO INTERVENE AND MOTION FOR LEAVE TO FILE
RESPONSE IN OPPOSITION TO MOTIONS TO INTERVENE [DE 8 & DE 9]**

Defendants, UTOPIA YACHTING LLC and M/Y UTOPIA IV, by and through their undersigned counsel, files this, their Motion to Set Aide Order [DE 12] Granting Motions to Intervene and Motion for Leave to File Response in Opposition to Motions to Intervene (appended hereto as Exhibit "1"), and states as follows:

1.    On or about December 5, 2022, the Plaintiff's Verified Complaint [DE 1] and Summons [DE 3] were served on the undersigned counsel for the Defendants. *See* [DE 6].

2.    The Defendants' Response to the Plaintiff's Verified Complaint is currently due on or before January 6, 2022. *See* [DE 11].

3.    On or about December 21, 2022, the Plaintiff's counsel filed its Motion to Intervene on behalf of Gordon Brown [DE 8] and Motion to Intervene on behalf of Fred Wennberg [DE 9] before the undersigned was added to the electronic service list in this case.

4. Due to a clerical error, the undersigned's paralegal inadvertently miscalculated and incorrectly calendared the Defendants' response deadline as today, January 6, 2022.

5. As previously advised in Defendants' Motion for Extension of Time to Respond to the Plaintiff's Complaint [DE 10], the Defendant was out of the office for the holidays and was not able to catch the error.

6. Defendants' Response in Opposition to the Motion to Intervene on behalf of Gordon Brown [DE 8] and Motion to Intervene on behalf of Fred Wennberg [DE 9] is already completed with the intention of being filed today (as the undersigned understood today, 1/6/22, to be the response deadline) and is appended hereto as Exhibit "1".

7. Accordingly, the Defendants respectfully move this Honorable Court to set aside its Order [DE 12] granting both Motions to Intervene and seek leave to file their Response in Opposition to the Motion to Intervene on behalf of Gordon Brown [DE 8] and Motion to Intervene on behalf of Fred Wennberg [DE 9] appended hereto as Exhibit "1".

8. This motion is brought in good faith, is not sought for any dilatory purpose, and neither parties nor the administration of justice will be prejudiced by the Court's granting of this motion.

9. The undersigned counsel has consulted with counsel for the Plaintiff, Kavan Vartak, Esq., who opposes the relief sought in this motion.

Dated this 6th day of January 2023.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on <u>January 6, 2023</u>, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

MOORE & COMPANY, P.A.
Kavan Vartak, Esq.
Michael T. Moore, Esq.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: kvartak@moore-and-co.com
Email: michael@moore-and-co.com
***Attorneys for Plaintiff Eric Ward***

Campbell Johnston Clark, LLP
2600 Douglas Road
Suite 508
Coral Gables, FL  33134
Tel. : 786-204-3784
Email: neil@cjclaw.com
Email: chase@cjclaw.com
Email: cindy@cjclaw.com
Email : nadia@cjclaw.com

By:     \_\_/s/   Neil   Bayer_____
        Neil Bayer, Esq.
        Fla. Bar No.: 615684

        Chase Alexandra Jansson, Esq.
        Fla. Bar No.: 1002265