UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23847-CIV-SCOLA/GOODMAN

ERIC WARD,

    Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829,
MMSI No.339328000, her engines, tackle,
gear, appurtenances, etc., *in rem*,
UTOPIA YACHTING LLC, *in personam*,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF NON-OBJECTION TO MOTION TO INTERVENE OF SAMUEL PARROTT [DE 20]

Defendants, UTOPIA YACHTING, LLC, and the M/V UTOPIA IV, *in rem*, by and through their undersigned counsel, files this, their Notice of Non-Objection to Samuel Parrott's Motions to Intervene [DE 20] and states as follows:

1. On December 21, 2023, Counsel for the Defendant, Eric Ward, filed mirror Motions to Intervene for Gordon Brown ("Brown") [DE 8] and Fred Wennberg ("Wennberg") [DE 9].

2. On January 6, 2023, this Honorable Court granted those motions and further ruled that, "*although the Intervening Plaintiffs' motions may not have stated so explicitly, the motions established sufficient grounds for intervention as of right under Federal Rule of Civil Procedure 24(a)(2).*" [DE 12] & [DE 17].

3. On January 9, 2023, Counsel for the Defendant, Eric Ward, filed another mirror Motion to Intervene on behalf of Samuel Parrott [DE 20].

4. In light of this Honorable Court's prior ruling that the mirror Motions to Intervene previously filed "*established sufficient grounds for intervention as of right under Federal Rule of Civil Procedure 24(a)(2)*," the Defendants do not object to the Motion to Intervene filed on behalf of Samuel Parrott [DE 20] where the appended Intervening Complaint of Samuel Parrott arises from the December 23, 2021 collision between the m/y *Utopia IV* and the m/v *Tropic Breeze* that is common to the other complaints. *See* [DE 17].

5. However, the Defendants do intend to file a separate Motion for Reconsideration or Relief from the Order Granting Fred Wennberg's Motion to Intervene [DE 9] and the Order Denying Defendants' Motion to Set it Aside [DE 17] to the extent that the Intervenor Complaint filed by Fred Wennberg [DE 16] alleges injuries and damages arising from four (4) different incidents that are in no way related to the December 23, 2021 collision between the m/y *Utopia IV* and the m/v *Tropic Breeze* that is common to the other complaints and that are in no way related to any of the other Plaintiffs.

WHEREFORE, Defendants, UTOPIA YACHTING, LLC, and the M/V UTOPIA IV, *in rem*, do not object to the Motion to Intervene [DE 20] filed on behalf of Samuel Parrott.

Dated this 16th day of January 2023.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 16th, 2023 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for

those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

MOORE & COMPANY, P.A.
Kavan Vartak, Esq.
Michael T. Moore, Esq.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: kvartak@moore-and-co.com
Email: michael@moore-and-co.com
***Attorneys for Plaintiff Eric Ward***

Campbell Johnston Clark, LLP
2600 Douglas Road
Suite 508
Coral Gables, FL  33134
Tel. : 786-204-3784
Email: neil@cjclaw.com
Email: chase@cjclaw.com
Email: cindy@cjclaw.com
Email : nadia@cjclaw.com

By:      /s/   Neil   Bayer
         Neil Bayer, Esq.
         Fla. Bar No.: 615684

         Chase Alexandra Jansson, Esq.
         Fla. Bar No.: 1002265