UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-23847-CIV-SCOLA/GOODMAN

ERIC WARD,

    Plaintiff,

v.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, UTOPIA YACHTING LLC, *in personam*

    Defendants.
_____/

**JOINT PROPOSED SCHEDULING ORDER**

| | |
|---|---|
| March 24, 2023 | Deadline to join additional parties or to amend pleadings. |
| May 26, 2023 | Deadline to file joint interim status report. |
| August 11, 2023 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation. |
| September 22, 2023 | Deadline to complete all fact discovery.<br><br>Deadline to submit joint notice indicating whether the parties' consent to jurisdiction before the designated magistrate judge for purposes of final disposition.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| October 6, 2023 | Deadline for the filing of all dispositive motions. |
| October 20, 2023 | Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |

| | |
|---|---|
| November 24, 2023 | Deadline to complete all expert discovery. |
| December 1, 2023 | Deadline for the filing of pretrial motions, including motions in limine and Daubert motions. |
| December 29, 2023 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| January 12, 2024 | Deadline to file proposed jury instructions pursuant to Local Rule 16.1(k). |
| January 23, 2024 | Calendar call |
| January 29, 2024 | Two-week trial period commences |

Dated: February 10, 2023                                     Respectfully Submitted,

**MOORE & COMPANY, P.A.**                          **CAMPBELL JOHNSTON CLARK, LLP**
*Counsel for Plaintiff and Intervening Plaintiffs*   *Counsel for Defendants*
255 Aragon Avenue, 3rd Floor                         2600 Douglas Road
Coral Gables, Florida 33134                          Suite 508
Telephone: (786) 221-0600                            Coral Gables, FL 33134
Facsimile: (786) 221-0601                            Tel. : 786-204-3784
Email:  kvartak@moore-and-co.com                     Email: neil@cjclaw.com
Email:  michael@moore-and-co.com                     Email: chase@cjclaw.com
                                                     Email: cindy@cjclaw.com
                                                     Email : nadia@cjclaw.com

s/ Kavan Vartak                                      /s/ Neil Bayer
Kavan Vartak, Esq.                                   Neil Bayer, Esq.
Florida Bar #1017058                                 Fla. Bar No.: 615684
Michael T. Moore                                     Chase Alexandra Jansson, Esq.
Florida Bar #207845                                  Fla. Bar No.: 1002265

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2023 a true and correct copy of the foregoing was filed with the Court's electronic filing system, CM/ECF, which will send a notice of electronic filing to all counsel or parties of record.

                                             s/ Kavan Vartak
                                             Kavan Vartak, Esq.