UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-23847-CIV-SCOLA/GOODMAN

ERIC WARD,

    Plaintiff,

v.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, UTOPIA YACHTING LLC, *in personam*

    Defendants.

_____/

**NOTICE OF STRIKING [DE 42]**

    COMES NOW, Intervening Plaintiff, NIKITA HUTTEN, by and through her undersigned counsel, and hereby files this Notice of Striking of the Motion to Intervene by NIKITA HUTTEN, [DE 42].

Dated: February 23, 2023        Respectfully Submitted,

                                        **MOORE & COMPANY, P.A.**
                                        *Counsel for Intervening Plaintiff*
                                        255 Aragon Avenue, 3rd Floor
                                        Coral Gables, Florida 33134
                                        Telephone: (786) 221-0600
                                        Facsimile: (786) 221-0601
                                        Email: kvartak@moore-and-co.com
                                        Email: michael@moore-and-co.com

                                        s/ Kavan Vartak
                                        Kavan Vartak, Esq.
                                        Florida Bar #1017058

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2023 a true and correct copy of the foregoing was filed with the Court's electronic filing system, CM/ECF, which will send a notice of electronic filing to all counsel or parties of record.

s/ Kavan Vartak
Kavan Vartak, Esq.
