UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23847-CIV-SCOLA/GOODMAN

ERIC WARD, et al.,

    Plaintiff,

v.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, UTOPIA YACHTING LLC, *in personam*

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

COMES NOW, the parties, Plaintiff, ERIC WARD and Intervening Plaintiffs FRED WENNBERG, GORDON BROWN, RYAN FITZGERALD, SAM PARROTT, NIKITA HUTTEN and ALEXIA JAMIESON (collectively "Plaintiffs") and Defendants, M/Y UTOPIA IV and UTOPIA YACHTING LLC, and pursuant to this Court's Order of Referral to Mediation, entered on February 14, 2023 [DE 36], and hereby provides Notice that the Parties have agreed to mediate this matter with Mediator Jacob Munch.

Dated: April 17, 2023

Respectfully submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Plaintiff &*
*Intervening Plaintiffs*
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Kvartak@moore-and-co.com
Michael@moore-and-co.com

s/ Kavan Vartak Kavan Vartak, Esq. Florida Bar No. 1017058
Michael T. Moore
Florida Bar No. 207845

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2023 a true and correct copy of the foregoing was filed with the Court's electronic filing system, CM/ECF, which will send a notice of electronic filing to all counsel or parties of record.

<u>s/ Kavan Vartak</u>
Kavan Vartak, Esq.