UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-23847-CIV-SCOLA/GOODMAN

ERIC WARD, et al.,

      Plaintiffs,

Vs.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, UTOPIA YACHTING LLC, *in personam*,

      Defendant,

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on **April 4, 2024**. Plaintiff and his trial counsel and Defendant's representative and its trial counsel participated. The mediation resulted in an impasse.

Signed this 4th day of April 2024.

    Respectfully submitted,

    /s/ Jacob J. Munch
    JACOB J. MUNCH, ESQUIRE
    MUNCH AND MUNCH, P.A.
    600 S. Magnolia Avenue – Suite 325
    Tampa, Florida 33606
    Phone:(813)254-1557
    Fax:(813)254-5172
    Florida Bar Number 376523
    Mediator Number 23962R
    jake@munchandmunch.com

cc:    Counsel of Record