UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23847-CIV-BLOOM/GOODMAN

Eric Ward and Others,

  Plaintiff,

vs.

M/Y *Utopia IV*, Official No. 1305829,
MMSI No.339328000, her engines, tackle,
gear, appurtenances, etc., *in rem*,
Utopia Yachting, LLC., *in personam*,

  Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AS TO INTERVENING PLAINTIFFS ALEXA JAMIESON, RYAN FITZGERALD, GORDON BROWN, AND NIKITA HUTTEN**

  The Parties, Intervening Plaintiffs—Alexa Jamieson, Ryan Fitzgerald, Gordon Brown, and Nikita Hutten ("Intervening Plaintiffs")—and Defendants, M/Y *Utopia IV* and Utopia Yachting, LLC. ("Defendants") (collectively, "Parties"), pursuant to S.D. Fla. R. 16.4, and pursuant to this Court's September 30, 2024 Zoom Settlement Conference [DE 223], hereby further notify this Court that the Parties have each reached a settlement and have each resolved all their claims. The Parties have each finalized their respective confidential settlement contracts. The applicable Joint Notices of Stipulation of Dismissal with Prejudice are forthcoming.

Dated: November 26, 2024           Respectfully submitted,

| | |
|---|---|
| */s/ Gabriel Pla* | */s/ Neil Bayer* |
| Gabriel Pla, Esq. | Neil Bayer, Esq. |
| FBN: 1027804 | FBN: 615684 |
| Moore & Co., P.A. | Campbell Johnston Clark, LLP |
| 255 Aragon Ave., 3rd Floor | 2600 Douglas Road, Suite 508 |
| Coral Gables, FL 33134 | Coral Gables, Florida 33134 |
| Tel.: 786-221-0600 | Tel: 786-204-3784 |
| Email: kvartak@moore-and-co.com | Email: neil@cjclaw.com |
| Email: gpla@moore-and-co.com | Email: chase@cjclaw.com |
| Email: michael@moore-and-co.com | Email: cindy@cjclaw.com |
| *Attorneys for Intervening Plaintiffs* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s Gabriel A. Pla*
Gabriel A. Pla

## SERVICE LIST

**CAMPBELL JOHNSTON CLARK, LLP**
*Counsel for Defendants*
2600 Douglas Road, Suite 508
Coral Gables, FL 33134
Tel.: 786-204-3784
Email: neil@cjclaw.com
Email: chase@cjclaw.com
Email: cindy@cjclaw.com

Neil Bayer, Esq.
Fla. Bar No.: 615684
Chase Jansson, Esq.
Fla. Bar No.: 1002265