UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23847-CIV-BLOOM/GOODMAN

Eric Ward and Others,

     Plaintiff,

vs.

M/Y *Utopia IV*, Official No. 1305829,
MMSI No.339328000, her engines, tackle,
gear, appurtenances, etc., *in rem*,
Utopia Yachting, LLC., *in personam*,

     Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL AS TO RYAN FITZGERALD

The Parties, Intervening Plaintiff Ryan Fitzgerald ("Intervening Plaintiff"), and Defendants, M/Y *Utopia IV* and Utopia Yachting, LLC. ("Defendants") (collectively, "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to this Court's September 30, 2024 Zoom Settlement Conference [DE 223], and pursuant to the Parties' executed Confidential Settlement Contract and Release of All Claims, hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

Dated: December 2, 2024               Respectfully submitted,

| | |
|---|---|
| */s/ Gabriel Pla* | */s/ Neil Bayer* |
| Gabriel Pla, Esq. | Neil Bayer, Esq. |
| FBN: 1027804 | FBN: 615684 |
| Moore & Co., P.A. | Campbell Johnston Clark, LLP |
| 255 Aragon Ave., 3rd Floor | 2600 Douglas Road, Suite 508 |
| Coral Gables, FL  33134 | Coral Gables, Florida 33134 |
| Tel.: 786-221-0600 | Tel:  786-204-3784 |
| Email: kvartak@moore-and-co.com | Email: neil@cjclaw.com |
| Email: gpla@moore-and-co.com | Email: chase@cjclaw.com |
| Email: michael@moore-and-co.com | Email: cindy@cjclaw.com |
| *Attorneys for Intervening Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that, on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s Gabriel A. Pla*
Gabriel A. Pla

## SERVICE LIST

**CAMPBELL JOHNSTON CLARK, LLP**
*Counsel for Defendants*
2600 Douglas Road, Suite 508
Coral Gables, FL 33134
Tel. : 786-204-3784
Email: neil@cjclaw.com
Email: chase@cjclaw.com
Email: cindy@cjclaw.com

Neil Bayer, Esq.
Fla. Bar No.: 615684
Chase Jansson, Esq.
Fla. Bar No.: 1002265