UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23847-BLOOM/Goodman

Eric Ward, et al.,

    Plaintiffs,

v.

M/Y Utopia IV, Official No.
1305829, MMSI No. 339328000,
her engines, tackle, gear,
appurtenances, etc., in rem, and
Utopia Yachting, LLC, in personam,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice as to Intervening Plaintiffs Ryan Fitzgerald, ECF No. [248], Gordon Brown, ECF No. [249], and Alexa Jamieson, ECF No. [250] ("Stipulations"), all filed on December 2, 2024. The Court has carefully reviewed the Stipulations, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulations, **ECF Nos. [248]**, **[249]**, and **[250]** are **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Intervening Plaintiffs **Ryan Fitzgerald**, **Gordon Brown**, and **Alexa Jamieson**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED** as to **Ryan Fitzgerald**, **Gordon**

Case No. 22-cv-23847-BLOOM/Goodman

**Brown**, and **Alexa Jamieson**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 3, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record