UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23847-BLOOM/Goodman

ERIC WARD, *et al.*,

    Plaintiffs,

v.

M/Y UTOPIA IV, *Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc.*, *in rem*, and UTOPIA YACHTING, LLC, *in personam*,

    Defendants.
_____/

### VERDICT FORM–PLAINTIFF SAMUEL PARROTT

We, the Jury, return the following verdict:

1. Do you find that a preponderance of the evidence shows that the SAMUEL PARROTT was injured while in service of the M/Y *UTOPIA IV*:

    YES __X__    NO _____

If your answer to Question 1 is "No," your verdict on this claim shall be for M/Y *UTOPIA IV* and UTOPIA YACHTING LLC. You should skip all other questions and sign and date the verdict form. If your answer is "Yes," go to the next question.

    **A.    Count 1–Claim for Cure and Wages**

2. Do you find by a preponderance of evidence that SAMUEL PARROTT is entitled to any payment of Cure that was delayed?

    YES __X__    NO _____

Case No. 22-cv-23847-BLOOM/Goodman

3. Do you find by a preponderance of the evidence that SAMUEL PARROTT had a contract (whether oral or written) for a specific period of employment with the Defendant Defendant UTOPIA YACHTING LLC aboard the M/Y *Utopia IV*?

   YES __X__          NO _____

4. What is the total amount of damages that SAMUEL PARROTT sustained as a result of any delay in payment of Cure?

   Nursing and medical expenses          $ ~~50,000~~ 5,000

5. What is the total amount of unpaid wages to which SAMUEL PARROTT is entitled that has not already been paid?

   Unpaid wages          $ 44,000

   **Do you find from a preponderance of the evidence:**

6. That Defendant UTOPIA YACHTING LLC willfully and arbitrarily failed to or delayed providing Cure up to the time that SAMUEL PARROTT reached maximum cure?

   YES __X__          NO _____

If you answered "No" to Question 6, skip Question 7 and proceed to the next claim.

7. That SAMUEL PARROTT should be awarded punitive damages, if any, in the following amounts?

   a. Willful delay of nursing and medical expenses:          $ 50,000
   b. Willful delay of unpaid wages:          $ 132,000

### B. Counts 2 and 3–Claims for Negligence and Unseaworthiness

**Do you find from a preponderance of the evidence:**

8. That Defendant UTOPIA YACHTING LLC was negligent in the manner SAMUEL PARROTT claimed, and that the negligence was a legal cause of damage to SAMUEL PARROTT?

    YES __X__          NO_____

9. That the vessel was unseaworthy in the manner SAMUEL PARROTT claimed, and that the unseaworthiness was a legal cause of damage to SAMUEL PARROTT?

    YES __X__          NO_____

If your answer is "No," this ends your deliberations for this cause of action and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

10. That SAMUEL PARROTT was also negligent in the manner UTOPIA YACHTING LLC claimed, and that SAMUEL PARROTT's negligence was a legal cause of SAMUEL PARROTT's own damage?

    YES _____          NO __X__

11. If you answered "Yes" to the previous question, what proportion or percentage SAMUEL PARROTT's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties:

**Answer in terms of percentages:**

Case No. 22-cv-23847-BLOOM/Goodman

| | |
|---|---|
| Defendant UTOPIA YACHTING, LLC | _____% |
| Defendant M/Y *UTOPIA IV* | _____% |
| Plaintiff SAMUEL PARROTT | _____% |

**Total must be 100%**

12. If you answered "Yes" to Questions 8 or 9, what sum of money do you find to be the total amount of SAMUEL PARROTT's damages (without applying any percentages you may have given in answer to Question 11).

   a) Past net lost wage-earning capacity and benefits from incident to the date of the trial that you have not included in your answer to Question 5:
   $ __18,000__

   b) Future net lost wage-earning capacity and benefits [reduced to present value]:
   $ __0__

   c) Future Medical and hospital Expenses:
   $ __0__

   d) Past Emotional Pain and Anguish:
   $ __342,000__

   e) Future Emotional Pain and Anguish:
   $ __0__

SO SAY WE ALL.

Date: __4/17/25__

FOREPERSON