UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23847-BLOOM/Goodman

ERIC WARD, et al.,

    Plaintiffs,

v.

M/Y UTOPIA IV, *Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., in rem*, and UTOPIA YACHTING, LLC, *in personam*,

    Defendants.

_____/

### VERDICT FORM– PLAINTIFF FRED WENNBERG

We, the Jury, return the following verdict:

### INCIDENT 1 - Removed Engine Room Floor Plate

1. Do you find that a preponderance of the evidence shows that FRED WENNBERG was injured in INCIDENT 1 while in service of the M/Y *UTOPIA IV*?

    YES __X__    NO _____

If your answer to Question 1 is "No," your verdict for INCIDENT 1 shall be for M/Y *UTOPIA IV* and UTOPIA YACHTING LLC. You should skip all other questions and sign and date both verdict forms for INCIDENT 1. If your answer is "Yes," go to the next question.

1

2. Do you find that a preponderance of the evidence shows that FRED WENNBERG had a contract for employment (oral or otherwise) at the time of INCIDENT 1 with the Defendant UTOPIA YACHTING LLC aboard the M/Y Utopia IV?

   YES __X__        NO _____

**INCIDENT 1: Count 1 -- Claim for Maintenance, Cure and Wages**

3. With regard to INCIDENT 1, do you find by a preponderance of evidence that FRED WENNBERG is entitled to any Maintenance or Cure or Unearned Wages that was not paid?

   YES _____        NO __X__

   If your answer is "No," go to Question 5. If your answer is "Yes," go to the next question.

4. What is the total amount of maintenance or cure or unearned wages to which FRED WENNBERG is entitled for INCIDENT 1 that has not already been paid?

   Maintenance      $_____
   Cure             $_____
   Unearned Wages   $_____

**Do you find from a preponderance of the evidence:**

5. With regard to INCIDENT 1: that Defendant UTOPIA YACHTING LLC willfully and arbitrarily failed to or delayed providing Maintenance or Cure or Unearned Wages up to the time that FRED WENNBERG reached maximum cure?

   YES _____        NO __X__

If you answered "No", skip the next question and proceed to the next claim.

6. With regard to INCIDENT 1: that FRED WENNBERG should be awarded damages, if any, in the following amounts?

    a.  Willful failure to pay maintenance                $_____

    b.  Willful failure to pay cure:                      $_____

    c.  Willful failure to pay unearned wages:            $_____

**INCIDENT 1:  Counts 2 and 3–Claims for Negligence and Unseaworthiness**

**Do you find from a preponderance of the evidence:**

7. With regard to INCIDENT 1, that Defendant UTOPIA YACHTING LLC was negligent in the manner FRED WENNBERG claimed, and that the negligence was a legal cause of damage to FRED WENNBERG?

    YES __X__            NO_____

8. With regard to INCIDENT 1, that the vessel was unseaworthy in the manner FRED WENNBERG claimed, and that the unseaworthiness was a legal cause of damage to FRED WENNBERG?

    YES __X__            NO_____

If your answer is "No," this ends your deliberations for this cause of action and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

9. With regard to INCIDENT 1, that FRED WENNBERG was also negligent in the manner UTOPIA YACHTING LLC claimed, and that FRED WENNBERG's negligence was a legal cause of FRED WENNBERG's own damage?

3

Case No. 22-cv-23847-BLOOM/Goodman

YES _____    NO \_\_\_\_X_____

10. If you answered "Yes" to the previous question, what proportion or percentage FRED WENNBERG's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties:

**Answer in terms of percentages:**

Defendant UTOPIA YACHTING, LLC          _____%
Defendant M/Y *UTOPIA IV*                _____%
Plaintiff FRED WENNBERG                  _____%

**Total must be 100%**

11. If you answered "Yes" to Questions 7 or 8, what sum of money do you find to be the total amount of FRED WENNBERG's damages, with regard to INCIDENT 1, and without applying any percentages you may have given in answer to Question 10.

    a) Past net lost wage-earning capacity and benefits from incident to the date of the trial: (Do not include unearned wages in this total if you awarded unearned wages as part of maintenance and cure)
    $\_\_\_\_\_0\_\_\_\_\_

    b) Future net lost wage-earning capacity and benefits [reduced to present value]:
    $\_\_\_\_\_0\_\_\_\_\_

    c) Future Medical and hospital Expenses:
    $\_\_\_\_\_0\_\_\_\_\_

    d) Past Emotional Pain and Anguish:
    $\_\_\_\_25,000\_\_\_\_

    e) Future Emotional Pain and Anguish:
    $\_\_\_\_\_0\_\_\_\_\_

4

## INCIDENT 2 – Metal Plate in the Tender Garage

We, the Jury, return the following verdict:

12. Do you find that a preponderance of the evidence shows that FRED WENNBERG was injured in INCIDENT 2 while in service of the M/Y *UTOPIA IV*?

    YES __X__          NO_____

If your answer to Question 12 is "No," your verdict for INCIDENT 2 shall be for M/Y *UTOPIA IV* and UTOPIA YACHTING LLC. You should skip all other questions and sign and date both verdict forms for INCIDENT 2. If your answer is "Yes," go to the next question.

13. Do you find that a preponderance of the evidence shows that FRED WENNBERG had a contract for employment (oral or otherwise) at the time of INCIDENT 2 with the Defendant UTOPIA YACHTING LLC aboard the M/Y Utopia IV?

    YES __X__          NO_____

### INCIDENT 2: Count 1 -- Claim for Maintenance, Cure and Wages

14. With regard to INCIDENT 2, do you find by a preponderance of evidence that FRED WENNBERG is entitled to any Maintenance or Cure or Unearned Wages that was not paid?

    YES _____          NO __X__

If your answer is "No," go to Question 16. If your answer is "Yes," go to the next question.

15. What is the total amount of maintenance or cure or unearned wages to which FRED WENNBERG is entitled for INCIDENT 2 that has not already been paid?

    Maintenance              $_____
    Cure                     $_____
    Unearned Wages           $_____

5

**Do you find from a preponderance of the evidence:**

16. With regard to INCIDENT 2: that Defendant UTOPIA YACHTING LLC willfully and arbitrarily failed to or delayed providing Maintenance or Cure or Unearned Wages up to the time that FRED WENNBERG reached maximum cure?

    YES _____    NO __X__

If you answered "No," skip the next question and proceed to the next claim.

17. That FRED WENNBERG should be awarded damages, if any, in the following amounts?

    a. Willful failure to pay maintenance          $_____

    b. Willful failure to pay cure:                $_____

    c. Willful failure to pay unearned wages:      $_____

**INCIDENT 2: Counts 2 and 3–Claims for Negligence and Unseaworthiness**

**Do you find from a preponderance of the evidence:**

18. With regard to INCIDENT 2, that Defendant UTOPIA YACHTING LLC was negligent in the manner FRED WENNBERG claimed, and that the negligence was a legal cause of damage to FRED WENNBERG?

    YES __X__    NO _____

19. With regard to INCIDENT 2, that the vessel was unseaworthy in the manner FRED WENNBERG claimed, and that the unseaworthiness was a legal cause of damage to FRED WENNBERG?

    YES __X__    NO _____

If your answer is "No," this ends your deliberations for this cause of action and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

20. With regard to INCIDENT 2, that FRED WENNBERG was also negligent in the manner UTOPIA YACHTING LLC claimed, and that FRED WENNBERG's negligence was a legal cause of FRED WENNBERG's own damage?

    YES _____       NO __X_____

21. If you answered "Yes" to the previous question, what proportion or percentage FRED WENNBERG's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties:

    **Answer in terms of percentages:**

    Defendant UTOPIA YACHTING, LLC         _____%
    Defendant M/Y *UTOPIA IV*              _____%
    Plaintiff FRED WENNBERG                _____%

    **Total must be 100%**

22. If you answered "Yes" to Questions 18 or 19, what sum of money do you find to be the total amount of FRED WENNBERG's damages (without applying any percentages you may have given in answer to Question 21).

    a) Past net lost wage-earning capacity and benefits from incident to the date of the trial (Do not include unearned wages in this total if you awarded unearned wages as part of maintenance and cure)
       $____0_____

    b) Future net lost wage-earning capacity and benefits [reduced to present value]:
       $____0_____

    c) Future Medical and hospital Expenses:

    $_____0_____

    d) Past Emotional Pain and Anguish:

    $_____25,000_____

    e) Future Emotional Pain and Anguish:

    $_____0_____

### INCIDENT 3—December 23, 2021 Collision

We, the Jury, return the following verdict:

23. Do you find that a preponderance of the evidence shows that FRED WENNBERG was injured in INCIDENT 3 while in service of the M/Y *UTOPIA IV*?:

YES __X__      NO_____



If your answer to Question 1 is "No," your verdict for INCIDENT 3 shall be for M/Y *UTOPIA IV* and UTOPIA YACHTING LLC. You should skip all other questions and sign and date both verdict forms for INCIDENT 3. If your answer is "Yes," go to the next question.

24. Do you find that a preponderance of the evidence shows that FRED WENNBERG had a contract for employment (oral or otherwise) at the time of INCIDENT 3 with the Defendant UTOPIA YACHTING LLC aboard the M/Y Utopia IV?

YES __X__      NO_____



### INCIDENT 3: Count 1 -- Claim for Maintenance, Cure and Wages

25. With regard to INCIDENT 3, do you find by a preponderance of evidence that FRED WENNBERG is entitled to any Maintenance or Cure or Unearned Wages that was not paid?

YES __X__          NO _____

If your answer is "No," go to Question 27. If your answer is "Yes," go to the next question.

26. What is the total amount of maintenance or cure to which FRED WENNBERG is entitled for INCIDENT 3 that has not already been paid?

    Maintenance        $ __0__
    Cure               $ __150,000__
    Unearned Wages     $ __0__

**Do you find from a preponderance of the evidence:**

27. With regard to INCIDENT 3: that Defendant UTOPIA YACHTING LLC willfully and arbitrarily failed to or delayed providing Maintenance or Cure or Unearned Wages up to the time that FRED WENNBERG reached maximum cure?

    YES __X__          NO _____

If you answered "No," skip the next question and proceed to the next claim.

28. That FRED WENNBERG should be awarded damages, if any, in the following amounts?

    a. Willful failure to pay maintenance         $ __0__

    b. Willful failure to pay cure:               $ __450,000__

    c. Willful failure to pay unearned wages:     $ __0__

**A. INCIDENT 3: Counts 2 and 3–Claims for Negligence and Unseaworthiness**

**Do you find from a preponderance of the evidence:**

29. With regard to INCIDENT 3, that Defendant UTOPIA YACHTING LLC was negligent in the manner FRED WENNBERG claimed, and that the negligence was a legal cause of damage to FRED WENNBERG?

YES __X__    NO_____

30. With regard to INCIDENT 3, that the vessel was unseaworthy in the manner FRED WENNBERG claimed, and that the unseaworthiness was a legal cause of damage to FRED WENNBERG?

YES __X__    NO_____

If your answer is "No," this ends your deliberations for this cause of action and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

31. With regard to INCIDENT 3, that FRED WENNBERG was also negligent in the manner UTOPIA YACHTING LLC claimed, and that FRED WENNBERG's negligence was a legal cause of FRED WENNBERG's own damage?

YES _____    NO __X__

32. If you answered "Yes" to the previous question, what proportion or percentage FRED WENNBERG's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties:

|  | Answer in terms of percentages: |
|---|---|
| Defendant UTOPIA YACHTING, LLC | _____% |
| Defendant M/Y *UTOPIA IV* | _____% |
| Plaintiff FRED WENNBERG | _____% |

**Total must be 100%**

33. If you answered "Yes" to Questions 29 or 30, what sum of money do you find to be the total amount of FRED WENNBERG's damages (without applying any percentages you may have given in answer to Question 32).

10

a) Past net lost wage-earning capacity and benefits from incident to the date of the trial (Do not include unearned wages in this total if you awarded unearned wages as part of maintenance and cure)

$ 191,500

b) Future net lost wage-earning capacity and benefits [reduced to present value]:

$ 0

c) Future Medical and hospital Expenses:

$ 200,000

d) Past Emotional Pain and Anguish:

$ 25,000

e) Future Emotional Pain and Anguish:

$ 0

### INCIDENT 4—Toolbox Drawer Railing

We, the Jury, return the following verdict:

34. Do you find that a preponderance of the evidence shows that FRED WENNBERG was injured in INCIDENT 4 while in service of the M/Y UTOPIA IV?

    YES  X    NO _____

If your answer to Question 34 is "No," your verdict for INCIDENT 4 shall be for M/Y UTOPIA IV and UTOPIA YACHTING LLC. You should skip all other questions and sign and date both verdict forms for INCIDENT 4. If your answer is "Yes," go to the next question.

35. Do you find that a preponderance of the evidence shows that FRED WENNBERG had a contract for employment (oral or otherwise) at the time of INCIDENT 4 with the Defendant UTOPIA YACHTING LLC aboard the M/Y Utopia IV?

    YES  X    NO _____

**INCIDENT 4: Count 1 -- Claim for Maintenance, Cure and Wages**

36. With regard to INCIDENT 4, do you find by a preponderance of evidence that FRED WENNBERG is entitled to any Maintenance or Cure or Unearned Wages that was not paid?

    YES _____            NO __X__

    If your answer is "No," go to Question 38. If your answer is "Yes," go to the next question.

37. What is the total amount of maintenance or cure to which FRED WENNBERG is entitled for INCIDENT 4 that has not already been paid?

    Maintenance            $_____
    Cure                   $_____
    Unearned Wages         $_____

**Do you find from a preponderance of the evidence:**

38. With regard to INCIDENT 4: that Defendant UTOPIA YACHTING LLC willfully and arbitrarily failed to or delayed providing Maintenance or Cure up to the time that FRED WENNBERG reached maximum cure?

    YES _____            NO __X__

If you answered "No," skip the next question and proceed to the next claim.

39. That FRED WENNBERG should be awarded damages, if any, in the following amounts?

    a. Willful failure to pay maintenance         $_____

    b. Willful failure to pay cure:               $_____

    c. Willful failure to pay unearned wages:     $_____

Case No. 22-cv-23847-BLOOM/Goodman

**INCIDENT 4: Counts 2 and 3–Claims for Negligence and Unseaworthiness**

**Do you find from a preponderance of the evidence:**

40. With regard to INCIDENT 4, that Defendant UTOPIA YACHTING LLC was negligent in the manner FRED WENNBERG claimed, and that the negligence was a legal cause of damage to FRED WENNBERG?

    YES __X__          NO_____

41. With regard to INCIDENT 4, that the vessel was unseaworthy in the manner FRED WENNBERG claimed, and that the unseaworthiness was a legal cause of damage to FRED WENNBERG?

    YES __X__          NO_____

If your answer is "No," this ends your deliberations for this cause of action and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

42. That FRED WENNBERG was also negligent in the manner UTOPIA YACHTING LLC claimed, and that FRED WENNBERG's negligence was a legal cause of FRED WENNBERG's own damage?

    YES _____          NO __X__

43. If you answered "Yes" to the previous question, what proportion or percentage FRED WENNBERG's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties:

|  | Answer in terms of percentages: |
|---|---|
| Defendant UTOPIA YACHTING, LLC | _____% |
| Defendant M/Y *UTOPIA IV* | _____% |
| Plaintiff FRED WENNBERG | _____% |

13

Case No. 22-cv-23847-BLOOM/Goodman

**Total must be 100%**

44. If you answered "Yes" to Questions 40 or 41, what sum of money do you find to be the total amount of FRED WENNBERG's damages (without applying any percentages you may have given in answer to Question 43).

    a) Past net lost wage-earning capacity and benefits from incident to the date of the trial (Do not include unearned wages in this total if you awarded unearned wages as part of maintenance and cure)
    
    $ _____0_____
    
    b) Future net lost wage-earning capacity and benefits [reduced to present value]:
    
    $ _____0_____
    
    c) Future Medical and hospital Expenses:
    
    $ _____0_____
    
    d) Past Emotional Pain and Anguish:
    
    $ ___6,300___
    
    e) Future Emotional Pain and Anguish:
    
    $ _____0_____

### INCIDENT 5—Battery Explosion

We, the Jury, return the following verdict:

45. Do you find that a preponderance of the evidence shows that FRED WENNBERG was injured in INCIDENT 5 while in service of the M/Y *UTOPIA IV*?

    YES __X__    NO_____

If your answer to Question 45 is "No," your verdict for INCIDENT 5 shall be for M/Y *UTOPIA IV* and UTOPIA YACHTING LLC. You should skip all other questions and sign and date both verdict forms for INCIDENT 5. If your answer is "Yes," go to the next question.

14

46. Do you find that a preponderance of the evidence shows that FRED WENNBERG had a contract for employment (oral or otherwise) at the time of INCIDENT 5 with the Defendant UTOPIA YACHTING LLC aboard the M/Y Utopia IV?

    YES __X__          NO_____

### INCIDENT 5: Count 1 -- Claim for Maintenance, Cure and Wages

47. With regard to INCIDENT 5, do you find by a preponderance of evidence that FRED WENNBERG is entitled to any Maintenance or Cure or Unearned Wages that was not paid?

    YES __X__          NO_____

If your answer is "No," go to Question 49. If your answer is "Yes," go to the next question.

48. What is the total amount of maintenance or cure or unearned wages to which FRED WENNBERG is entitled for INCIDENT 5 that has not already been paid?

    Maintenance      $ _____0_____
    Cure             $ __30,000___
    Unearned Wages   $ _____0_____

**Do you find from a preponderance of the evidence:**

49. With regard to INCIDENT 5: that Defendant UTOPIA YACHTING LLC willfully and arbitrarily failed to or delayed providing Maintenance or Cure up to the time that FRED WENNBERG reached maximum cure?

    YES __X__          NO_____

If you answered "No" to Question 49, skip Question 50 and proceed to the next claim.

50. That FRED WENNBERG should be awarded damages, if any, in the following amounts?

   a. Willful failure to pay maintenance               $ 0

   b. Willful failure to pay nursing and medical expenses:   $ 90,000

   c. Willful failure to pay unearned wages:           $ 0

**A. INCIDENT 5: Counts 2 and 3–Claims for Negligence and Unseaworthiness**

**Do you find from a preponderance of the evidence:**

51. With regard to INCIDENT 5, that Defendant UTOPIA YACHTING LLC was negligent in the manner FRED WENNBERG claimed, and that the negligence was a legal cause of damage to FRED WENNBERG?

    YES __X__          NO _____

52. With regard to INCIDENT 5, that the vessel was unseaworthy in the manner FRED WENNBERG claimed, and that the unseaworthiness was a legal cause of damage to FRED WENNBERG?

    YES __X__          NO _____

If your answer is "No," this ends your deliberations for this cause of action and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

53. With regard to INCIDENT 5, that FRED WENNBERG was also negligent in the manner UTOPIA YACHTING LLC claimed, and that FRED WENNBERG's negligence was a legal cause of FRED WENNBERG's own damage?

    YES _____          NO __X__

54. If you answered "Yes" to the previous question, what proportion or percentage FRED WENNBERG's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties:

**Answer in terms of percentages:**

| | |
|---|---|
| Defendant UTOPIA YACHTING, LLC | _____% |
| Defendant M/Y *UTOPIA IV* | _____% |
| Plaintiff FRED WENNBERG | _____% |

**Total must be 100%**

55. If you answered "Yes" to Questions 51 or 52, what sum of money do you find to be the total amount of FRED WENNBERG's damages (without applying any percentages you may have given in answer to Question 54).

a) Past net lost wage-earning capacity and benefits from incident to the date of the trial (Do not include unearned wages in this total if you awarded unearned wages as part of maintenance and cure)

$ __181,500__

b) Future net lost wage-earning capacity and benefits [reduced to present value]:

$ __0__

c) Future Medical and hospital Expenses:

$ __21,000__

d) Past Emotional Pain and Anguish:

$ __180,000__

e) Future Emotional Pain and Anguish:

$ __7,000__

SO SAY WE ALL.

Date: __4/17/25__