**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-23847-BLOOM/Goodman**

ERIC WARD, *et al.*,

     Plaintiffs,

v.

M/Y UTOPIA IV, *Official No.*
*1305829, MMSI No. 339328000,*
*her engines, tackle, gear,*
*appurtenances, etc.*, *in rem*, and
UTOPIA YACHTING, LLC,
*in personam*,

     Defendants.

_____/

**<u>FINAL JUDGMENT AS TO PLAINTIFF ERIC WARD</u>**

     **THIS CAUSE** is before the Court on the jury trial beginning March 31, 2025, and completed

on April 17, 2025. Pursuant to the Jury Verdict rendered on April 17, 2025 in favor of the Plaintiff

Eric Ward ("Ward"), ECF No. [384], it is **ORDERED AND ADJUDGED** that Judgment is

entered as follows:

1. Judgment is entered in favor of Ward. Ward shall recover the sum of $805,000.00

   from the Defendants M/Y Utopia IV and Utopia Yachting LLC and this sum shall

   bear interest at the federal-post judgment interest rate of 3.96% per annum from

   today, for which let execution issue.

2. The parties may file their respective motions for attorney's fees and costs, if

   applicable, within 30 days from entry of this judgment.

3. This Court shall retain jurisdiction over any matter pertaining to this judgment.

Case No. 22-cv-23847-BLOOM/Goodman

**DONE AND ORDERED** in Chambers at Miami, Florida on April 22, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record

2