UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23847-BLOOM/Goodman

ERIC WARD, *et al.*,

    Plaintiffs,

v.

M/Y UTOPIA IV, *Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc.*, *in rem*, and UTOPIA YACHTING, LLC, *in personam*,

    Defendants.
_____/

## FINAL JUDGMENT AS TO PLAINTIFF FRED WENNBERG

**THIS CAUSE** is before the Court on the jury trial beginning March 31, 2025, and completed on April 17, 2025. Pursuant to the Jury Verdict rendered on April 17, 2025 in favor of the Plaintiff Fred Wennberg ("Wennberg"), ECF No. [386], it is **ORDERED AND ADJUDGED** that Judgment is entered as follows:

1. Judgment is hereby entered in favor of Wennberg. Wennberg shall recover the sum of $1,492,300.00 from the Defendants M/Y Utopia IV and Utopia Yachting LLC and this sum shall bear interest at the federal-post judgment interest rate of 3.96% per annum from today, for which let execution issue.

2. The parties may file their respective motions for attorney's fees and costs, if applicable, within 30 days from entry of this judgment.

3. This Court retains jurisdiction over any matter pertaining to this judgment.

4. To the extent not already disposed of, any pending motions are **DENIED AS**

Case No. 22-cv-23847-BLOOM/Goodman

**MOOT**, and all deadlines are **TERMINATED**.

5. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida on April 22, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record