UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-23847-CIV-BLOOM/GOODMAN

ERIC WARD, et al.,

    Plaintiff,

v.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, UTOPIA YACHTING LLC, *in personam*

    Defendants.
_____/

## PLAINTIFFS' MOTION TO SEAL TRIAL EXHIBITS 6, 15, 34 [DE 399]

Plaintiff, ERIC WARD, (hereinafter "Plaintiff) by and through undersigned counsel, hereby file this Motion to Seal Plaintiff Trial Exhibit 6, 15, 34 in [DE 399] pursuant to CM/ECF Administrative Procedures, Section 9, and states as grounds the following:

1. On March 31, 2025, Trial began and concluded on April 17, 2025.

2. As per Local Rule 5.3 states that within ten (10) days of conclusion of trial the party must file the electronic version of exhibits offered into evidence.

3. Plaintiffs introduced 144 exhibits during trial, but 3 exhibits are medical records and contain sensitive and confidential medical information of Plaintiff Eric Ward.

4. Due to the sensitive nature of Eric Ward personal and medical information (including extensive medical information protected under the Health Insurance Portability and Accountability Act and Accountability Act ("HIPPA") Plaintiff Eric Ward request the Court to allow the Plaintiffs to file Exhibit 6, 15 and 34 under seal pursuant to CM/ECF Administrative Procedures, Section 6 [DE 399].

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court enter an Order granting Plaintiff's request to seal Plaintiff Trial Exhibit 6, 15, 34 [DE 399].

## LOCAL RULE 7.1(3) CERTIFICATION

The undersigned counsel submits that per Local Rule 7.1(a)(3), the undersigned counsel conferred with Defendants' counsel Neil Bayer, Esq., via email on April 24, 2025 and Defendants do not object to the relief requested herein.

s/Kavan Vartak
Kavan Vartak, Esq.

Dated: April 24, 2025

Respectfully submitted,

**MOORE & COMPANY, P.A.**
Counsel for Plaintiffs
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Kvartak@moore-and-co.com

s/Kavan Vartak
Kavan Vartak, Esq.
Florida Bar No. 1017058

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Copy of this pleading will be automatically served on all counsel of record through the Court's CM/ECF system.

s/ Kavan Vartak
Kavan Vartak, Esq.