UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-23847-CIV-BLOOM/GOODMAN

ERIC WARD, et al.,

    Plaintiff,

v.

M/Y *UTOPIA IV*, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, UTOPIA YACHTING LLC, *in personam*

    Defendants.
_____/

## DEFENDANT'S MOTION FOR STAY OF EXECUTION

Defendants Utopia Yachting LLC and the Motor Yacht *Utopia IV* move the Court pursuant to Federal Rule of Civil Procedure 62(b) and Local Rule 62.1 for an order staying execution of the final judgments entered in this matter in favor of Plaintiffs Eric Ward and Fred Wennberg (ECF 390, 392), and state:

1. On April 23, 2025, the Court entered a final judgment in favor of Eric Ward in the amount of $805,000.00. ECF 390.

2. On April 23, 2025, the Court entered a final judgment in favor of Fred Wennberg in the amount of $1,492,300.00. ECF 392.

3. Defendants have filed post-trial motions pursuant to Federal Rules of Civil Procedure 50(b) and 59(e), directed to both of these judgments.

4. Should the Court grant either of these motions, in whole or in part, the amount of one or both judgments may be changed.

5.  Similarly, Defendants have a right to appeal once the Court rules on the post-trial motions, which also could affect the amount of the judgments.

6.  For that reason, execution of these two judgments should be stayed pending resolution of the motions and resolution of any appeal.

7.  Along with this motion, Defendants have filed a supersedeas bond in connection with each of the judgments against Ward (ECF 420) and Wennberg (ECF 419). Each of these bonds is in the amount of 110% of the respective judgment.

8.  Federal Rule of Civil Procedure 62(b) provides that "a party may obtain a stay by providing a bond or other security."

9.  According to the rule, "[t]he stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security." Fed. R. Civ. P. 62(b).

10. The bonds that the defendants have filed provide that they will remain in effect until the Defendants satisfy the judgments in full or as subsequent ruling may modify them.

> If Utopia Yachting, LLC and the M/Y Utopia IV shall satisfy the judgment in full together with costs, interest, and damages for delay, if for any reason the appeal is dismissed or if the judgment is affirmed, and shall satisfy in full such modification of the judgment and such costs, interest, and damages as the appellate court may adjudge and award, then the above obligation to be void; otherwise to remain in full force and virtue.

11. Local Rule 62.1 provides that a bond in the amount of 110% of a judgment is presumptively sufficient to provide security for interest, costs, and any award of damages that could result from the delay associated with a post-trial motion or appeal.

> A supersedeas bond or other security staying execution of a money judgment shall be in the amount of 110% of the judgment, to provide security for interest, costs, and any award of damages for delay. Upon its own motion or upon application of a party the Court may direct otherwise.

12. Because the supersedeas bonds that Defendants have filed protect Plaintiffs Ward and Wennberg from any harm they may sustain because of a stay of execution, and based upon the above-cited rules, a stay of execution is warranted.

WHEREFORE, Defendants Utopia Yachting LLC and the Motor Yacht *Utopia IV* request the court to stay execution of the final judgments in favor of Plaintiffs Ward and Wennberg, and for other relief as the Court may deem appropriate.

### CERTIFICATE OF LOCAL RULE 7.1 PRE-FILING CONFERENCE

Undersigned counsel certifies that on May 22, 2025 at 11:53 a.m., he contacted counsel for Plaintiffs Ward and Wennberg by e-mail in a good faith effort to resolve the issues raised in this motion but as of the time of filing this motion has not yet received a response.

Dated: May 22, 2025.

Respectfully submitted,

NEIL BAYER
Florida Bar No.: 615684
CHASE ALEXANDRA JANSSON
Florida Bar No. 1002265
CAMPBELL JOHNSTON CLARK, LLP
2600 Douglas Road, Suite 508
Coral Gables, Florida 33134
neil@cjclaw.com
chase@cjclaw.com
cindy@cjclaw.com
Telephone: (786) 204-3784

*Counsel for Defendant*

*/s/ Joshua D. Lerner*
JOSHUA D. LERNER
Florida Bar No. 455067
Email: jlerner@rumberger.com
docketingmiami@rumberger.com and
jlernersecy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida 33130
Telephone: (305) 358-5577

*Co-Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of May 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties on the Service List below.

*/s/ Joshua D. Lerner*
Joshua D. Lerner

## SERVICE LIST

Kavan Vartak, Esq.
Michael T. Moore, Esq.
Moore & Company, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Email: kvartak@moore-and-co.com;
michael@moore-and-co.com
*Counsel for Plaintiff*