UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-23847-BLOOM/Goodman**

ERIC WARD, *et al.*,

    Plaintiffs,

v.

M/Y UTOPIA IV, *Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc.*, *in rem*, and UTOPIA YACHTING, LLC, *in personam*,

    Defendants.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A REPORT AND RECOMMENDATIONS**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Plaintiff's Motion for Attorney's Fees and Prejudgment Interest, ECF No. [425], is **REFERRED** to Magistrate Judge Jonathan Goodman for a Report and Recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 30, 2025.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record